**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| GUY PATRICK BISHOP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 1:06-cv-338-JDT-WTL |
| | ) | |
| INDIANA STATE PAROLE BOARD, | ) | |
| COMMISSIONER OF THE INDIANA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Respondents. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**


Date: _____

Laura Briggs, Clerk
United States District Court


*Evelyn G. Hollins*
_____
By: Deputy Clerk


Distribution:

Guy Patrick Bishop
DOC #935764
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064