UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GUY PATRICK BISHOP,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>INDIANA STATE PAROLE BOARD,<br>COMMISSIONER OF THE INDIANA<br>　DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)　No. 1:06-cv-338-JDT-WTL<br>)<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**


Date:  03/02/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By: Deputy Clerk


Distribution:

Guy Patrick Bishop
DOC #935764
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064